IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Carmen Thomas,<br><br>       Plaintiff,<br>v.<br><br>Alliance Health Networks, Inc.; and DOES 1-10, inclusive,<br><br>       Defendants. | Civil Action No.:  1:14-cv-01082-JES-TSH |

### STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Alliance Health Networks, Inc. with prejudice and without costs to any party.

**DATED:** September 24, 2014

| Carmen Thomas | Alliance Health Networks, Inc. |
|---|---|
| /s/ Sergei Lemberg<br>Sergei Lemberg, Esq.<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>slemberg@lemberglaw.com<br>*Attorney for Plaintiff* | /s/  Michael A. Clithero<br>Michael A. Clithero<br>Gregory P. Casimer<br>James Redd IV<br>Lathrop & Gage LLP<br>7701 Forsyth Blvd., Suite 500<br>Clayton, MO 63105<br>314-613-2800<br>314-613-2801 (fax)<br>mclithero@lathropgage.com<br>gcasimer@lathropgage.com<br>jredd@lathropgage.com<br>*Attorneys for Defendant* |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 24, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Central District of Illinois Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Michael A. Clithero
Gregory P. Casimer
James Redd IV
Lathrop & Gage LLP
7701 Forsyth Blvd., Suite 500
Clayton, MO 63105
*Attorneys for Defendant*

                By /s/ Sergei Lemberg
                   Sergei Lemberg